# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wheelis, Stephen D. | U.S. Bankruptcy Court | 05/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

300 Jackson Street, Suite 201, Alexandria, LA 71301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder/Director/Officer - Terminated 4/24/19 | Wheelis & Rozanski, APLC |
| 2. | Member/Manager - Terminated 3/31/19 | Wheelis & Rozanski Properties, LLC |
| 3. | Shareholder/Officer - Terminated 4/24/19 | American Title & Closing Co., Inc. |
| 4. | Director/Member - Terminated 4/2019 | Rapides Symphony Orchestra |
| 5. | Director/Board of Trustees - Terminated 3/2019 | American Board of Certification |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Terminated | Wheelis & Rozanski 401(k) Plan - Balance rolled over to Simple IRA |
| 2. April 2019 | Wheelis & Rozanski Properties, LLC - no written agreement - all amounts paid |
| 3. March/Apri | Wheelis & Rozanski - no written agreement. All compensation paid prior to termination of employment. Final expense reimbursement 6/2019. |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheelis, Stephen D. | 05/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 04/24/2019 | Wheelis & Rozanski, APLC - Salary (Name changed to Richard A. Rozanski, APLC) | $35,000.00 |
| 2. | 04/24/2019 | Wheelis & Rozanski Properties, LLC - ((Name changed to RicRoz Properties, LLC) -Sale of Membership Interest (Capital Gain) | $7,062.00 |
| 3. | 4/24/2019 | American Title & Closing Co., Inc. | $62.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State University and Agricultural and Mechanical College | October 16, 2019 | Baton Rouge, LA | Teaching CLE | Transportation and hotel |
| 2. | NCBJ | October 29, 2019 | Washington, DC | Committee Meeting | Hotel and travel |
| 3. | Louisiana BAnkers Association | December 11, 2019 | New Orleans, LA | Conference Speaker | Travel and hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheelis, Stephen D.** | 05/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Marriott | Vica Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheelis, Stephen D.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Southern Heritage Bank-cash accounts (X) | A | Int./Div. | K | T | | | | | |
| 2. Red River Bank - cash account (X) | | None | K | T | | | | | |
| 3. Lincoln Financial Group - Wheelis & Rozanski 401(k) Plan | A | Int./Div. | | | Closed | 07/25/19 | K | A | Rollover to Simple IRA |
| 4. FSC Securities Simple IRA (H) | | | | | | | | | |
| 5. Cash Account | A | Interest | K | T | | 07/25/19 | K | | |
| 6. Cash Account | A | Interest | J | T | | 12/23/19 | J | | |
| 7. Capital World Growth & Income Fund Class A | B | Dividend | J | U | | | | | |
| 8. Hartford MidCap Fund Class A | B | Dividend | J | U | | | | | |
| 9. The Income Fund of America Class A | B | Dividend | J | U | | | | | |
| 10. Small-Cap World Fund-Class A | B | Dividend | J | U | | | | | |
| 11. Ford Motor Credit Co. | A | Dividend | J | T | Sold | 03/04/19 | | A | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheelis, Stephen D.** | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I was sworn in as Judge on April 25, 2019.

I ceased working for Wheelis & Rozanski, APLC on April 24, 2019 and received my final check dated April 30, 2019.

I terminated my membership in Wheelis & Rozanski Properties, LLC on April 1, 2019 and terminated my ownership interest in American Title & Closing Co., Inc.

I have no existing agreements or ties to the former entities. The names have been changed with the exception of American Title. I have recused myself from hearing any matters handled by the former entities under their new names.

My only investments are held in the Simple IRA and my Thrift Savings Plan and the Thrift Savings Plan          .  My 401(k) was a cash balance only and I rolled over the cash balance to my Simple IRA and then terminated my 401(k) account.

Part VII - Line 3 - 401(k) was closed - cash balance only - total was rolled into IRA, Line 4.

| Name of Person Reporting | Date of Report |
|---|---|
| Wheelis, Stephen D. | 05/01/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stephen D. Wheelis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544